No. 90–1323. Agnihotri et al. v. Arenson. C. A. 5th Cir. Certiorari denied.

No. 90–1345. Williams v. United States. C. A. 6th Cir. Certiorari denied.

No. 90–1346. King v. United States. C. A. 11th Cir. Certiorari denied.

No. 90–1347. Baber v. United States. C. A. 5th Cir. Certiorari denied.

No. 90–1349. Webb v. Reilly, Administrator, Environmental Protection Agency. C. A. 4th Cir. Certiorari denied.

No. 90–1350. Ben-Porat et al. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.

No. 90–1363. Laborers' Local 332 v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied.

No. 90–1364. Manna v. United States. C. A. 3d Cir. Certiorari denied.

No. 90–1375. Kasparoff v. United States. C. A. 9th Cir. Certiorari denied.

No. 90–5204. Campaneria v. Reid, Superintendent, Fishkill Correctional Facility, et al. C. A. 2d Cir. Certiorari denied.

No. 90–6303. Zatko v. United States District Court for the Northern District of California. C. A. 9th Cir. Certiorari denied.

No. 90–6409. Zatko v. United States District Court for the Central District of California. C. A. 9th Cir. Certiorari denied.

No. 90–6432. Zatko v. United States District Court for the Northern District of California. C. A. 9th Cir. Certiorari denied.